**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 15-6710**

—————————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

KENNETH JUNIOR SMITH, a/k/a Kenny Smith,

              Defendant - Appellant.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Henry M. Herlong, Jr., Senior
District Judge.  (7:98-cr-01169-HMH-1)

—————————

Submitted:  September 9, 2015       Decided:  September 14, 2015

—————————

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Kenneth Junior Smith, Appellant Pro Se.  Elizabeth Jean Howard,
Assistant United States Attorney, Greenville, South Carolina,
for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Junior Smith appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Smith, No. 7:98-cr-01169-HMH-1 (D.S.C. Apr. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED